

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-74,487

**RONALD JEFFREY PRIBLE, JR.  Appellant**

**v.**

**THE STATE OF TEXAS**

### ON DIRECT APPEAL FROM CAUSE NO. 921126
### IN THE 351st JUDICIAL DISTRICT COURT
### HARRIS COUNTY

*Per curiam.*

## ORDER

The above styled and numbered cause is before this Court on direct appeal from appellant's capital murder conviction and sentence of death in Cause No. 921126 in the 351st District Court of Harris County.

On January 26, 2005, this Court issued an opinion affirming the judgment of the trial court.  Upon request of the District Clerk, State's Exhibit Nos. 47,49,50,52, 55-57, 60-63, 65,67, 159-162, 167-171 (photographs) and State's Exhibit No. 67 (videotape)  are ordered returned to the District Clerk of Harris County

IT IS SO ORDERED THIS THE 19th DAY OF MAY, 2015.

Do not publish